Decided October 21, 1999

### STATE OF CONNECTICUT *v.* ROBERT W. SPILLANE

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 54 Conn. App. 201 (AC 17194), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court's instructions regarding 'appropriate' were constitutionally inadequate?

"2. If the answer to the first question is 'yes' was the error harmful?"

The Supreme Court docket number is SC 16215.

*James M. Ralls*, assistant state's attorney, in support of the petition.

*Joel M. Ellis* and *Donald E. Weisman,* in opposition.

Decided November 2, 1999